THE RECTOR, CHURCH WARDENS and VESTRYMEN OF ST. ANN'S CHURCH

OF MORRISANIA, Respondent, v. MICHAEL F. CUSACK and Others, Impleaded with THE NEW YORK SAVINGS BANK and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.